■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON CURLEY, Appellant. [37 NYS3d 873]—Judgment, Supreme Court, Bronx County (Judith Lieb, J., at plea, Joseph J. Dawson, J., at sentencing), rendered June 13, 2014 convicting defendant, upon his plea of guilty, of one count of attempted robbery in the second degree (Penal Law §§ 110.00, 160.10 [2]), and sentencing him to a term of two years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Sweeny, J.P., Manzanet-Daniels, Feinman, Kapnick and Webber, JJ.